1  KEVIN R. IAMS (SBN: 154267)
   **WATSON, KHACHADOURIAN & IAMS, LLP**
2  1000 G Street, 2nd Floor
   Sacramento, California 95814
3  Telephone:    (916) 498-6240
   Facsimile:     (916) 498-6245
4
   Attorneys for Defendant CINGULAR
5  WIRELESS LLC, erroneously sued as
   "Cingular Wireless Financial Corp., a
6  Delaware Corporation"

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12 MICHAEL LOPEZ,                    )   Case No. 1:05-cv-00808-AWI-SMS
                                     )
13             Plaintiff,            )   **AMENDED JUDGMENT**
                                     )
14      v.                           )
                                     )
15 CINGULAR WIRELESS FINANCIAL       )
   CORP., a Delaware Corporation; TERRY )
16 HAUFF, an individual; and DOES 1  )
   through 100, inclusive,           )
17                                   )
              Defendants.            )
18 _____)

19      This Court, having granted summary judgment in favor of defendant Cingular

20 Wireless LLC and against plaintiff Michael Lopez, entered judgment thereon on August 30,

21 2006.

22      **IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED,** pursuant

23 to the Memorandum of Costs served and filed with the Court on September 7, 2006, which

24 was unopposed by plaintiff, that costs in the amount of $3,887.95, plus interest, is awarded

25 to defendant Cingular Wireless LLC, as the prevailing party.

26 IT IS SO ORDERED.

27 **Dated:    October 27, 2006**            /s/ Anthony W. Ishii
   0m8i78                                    UNITED STATES DISTRICT JUDGE
28

---
                                         -1-
                                  **AMENDED JUDGMENT**